UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RENE COURTS,

        Petitioner,

    v.

SUPERIOR COURT,

        Respondent.

Case No. 19-cv-08238-EMC

**ORDER OF DISMISSAL**

On April 16, 2020, mail was sent from the Court to Petitioner at the address he provided to the Court and was returned undelivered on May 14, 2020, bearing a handwritten notation: "not in custody – return to sender." Docket No. 6. Petitioner has not provided a more recent address than the address to which the undeliverable mail was sent. More than sixty days have passed since the mail was returned to the Court undelivered. Petitioner has failed to comply with Local Rule 3-11(a) which requires a party proceeding *pro se* to "promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when his address changes. Local Rule 3-11(b) allows the Court to dismiss an action without prejudice when mail directed to a *pro se* party is returned as not deliverable and the *pro se* party fails to send written notice of his current address within sixty days of the return of the undelivered mail. This action is **DISMISSED** without prejudice because Petitioner failed to keep the Court informed of his address in compliance with Local Rule 3-11(a).

    **IT IS SO ORDERED**.

Dated: September 2, 2020

_____
EDWARD M. CHEN
United States District Judge